**Certificate to be Attached to Documentary Evidence Accompanying
Requisitions in the United States for Extradition**

### AMERICAN FOREIGN SERVICE

Sarajevo, Bosnia and Herzegovina, December 18, 2014

I, Corey M. Gonzalez, Consul of the United States of America in Sarajevo,
Bosnia and Herzegovina, hereby certify that the annexed papers, being extradition
documents proposed to be used upon an application for the extradition from the
United States of Robert Kovačević, charged with war crimes against civilians alleged
to have been committed in Bosnia and Herzegovina, are properly and legally
authenticated so as to entitle them to be received in evidence for similar purposes of
the tribunals of Bosnia and Herzegovina, as required by Title 18, United State Code,
Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be
affixed this 18th day of December, 2014.

Corey M. Gonzalez

Consul of the United States of America
U.S. Embassy Sarajevo

BOSNIA AND HERZEGOVINA
FEDERATION OF BOSNIA AND HERZEGOVINA
MIDDLE BOSNIA CANTON

CANTONAL COURT IN NOVI TRAVNIK
Number: 06 0 K 007087 14 Kpp
Novi Travnik, 04.07.2014

Cantonal Court in Novi Travnik, by the Judge for Preliminary Procedures Mirjana Grubešić, in the criminal case against the suspect Robert Kovačić, for the criminal act of "war crime against civilian population" form the article 142, paragraph 1, of the taken over Criminal Code of SFRY, deciding about the proposal of the Cantonal Prosecutor Office Travnik number: T06 0 KTRZ 0008568 13 dated 02.06.2014 for the issuance of the international APB against the suspect Robert Kovačić, on the day of 04.07.2014 made the following:

### ORDER

It is hereby ordered to issue international APB for the suspect ROBERT KOVAČIĆ, son of Nikola and mother Brigita maiden name Bokor, born on████ 1953 in Jajce, municipality of Jajce, with the last known address Baščeluci bb, Jajce, citizen of BiH, personal identification number JMBG:█████████, at this time not available to law enforcement agencies of BiH, with possible address of residence in USA.

Ministry of Interior of Middle Bosnia Canton is to act in accordance with this order and inform this Court when International APB is issued.

### Explanation

On the proposal of the Cantonal prosecutor's Office Travnik number: T06 0 KTRZ 0008568 13 dated 02.06.2014 the Decision of the Cantonal Court Novi Travnik number: 06 0 K 007087 Kp dated 06.06.2014 ordered the detention of the suspect Robert Kovačić on the basis of the article 146, paragraph 1, item a) and item d) of the law on Criminal Procedures of the Federation of Bosnia and Herzegovina, which detention van last maximum one month starting from the day of his arrest. This Decision became in effect according the Decision of the Cantonal Court Novi Travnik number: T06 0 KT RZ 00008568 13 dated 02.06.2014. Office of the Cantonal Prosecutor proposed International APB to be issued for the suspect Robert Kovačić for the reason that investigation for criminal act of "war crime against civilian population" form the article 142, paragraph 1, of the taken over Criminal Code of SFRY is conducted against him, that suspect was not questioned in the investigation phase because he had left the territory of Bosnia and Herzegovina after the war and according to the information available to law enforcement he is in the USA, hiding there to avoid criminal prosecution.

Having in mind that, in the sense of the provisions of article 446, paragraph 1 and article 449 paragraph 2, of the Law on Criminal Procedures of the Federation of Bosnia and Herzegovina, all necessary conditions have been satisfied for the issuance of International APB, the Preliminary procedures Judge, on the basis of the article 449 paragraph 2, of the Law on Criminal Procedures of the Federation of Bosnia and Herzegovina, issued the order as in the above text.

Preliminary Procedures Judge
Mirjana Grubešić – signed and sealed

## War crime against civilian population
## Article 142

Whoever in violation of rules of international law effective at the time of war, armed conflict or occupation, orders that civilian population be subject to killings, torture, inhuman treatment, biological experiments, immense suffering or violation of bodily integrity or health; dislocation or displacement or forcible conversion to another nationality or religion; forcible prostitution or rape; application of measures of intimidation and terror, taking hostages, imposing collective punishment, unlawful bringing in concentration camps and other illegal arrests and detention, deprivation of rights to fair and impartial trial; forcible service in the armed forces of enemy's army or in its intelligence service or administration; forcible labor, starvation of the population, property confiscation, pillaging, illegal and self-willed destruction and stealing on large scale of a property that is not justified by military needs, taking an illegal and disproportionate contribution or requisition, devaluation of domestic currency or the unlawful issuance of currency, or who commits one of the foregoing acts, shall be punished by imprisonment for not less than five years or up to twenty years.

## Criminal Offences not subject to the Statute of Limitations

## Article 100

Criminal prosecution and execution of a sentence are not subject to the statute of limitations for criminal offences from article 141 to 145 of this Law, or for other criminal offences that, pursuant to international law, are not subject to the statute of limitations.

Bosnia and Herzegovina
Croatian Republic of Herzeg Bosnia
Ministry of Interior

Police Administration Travnik
Police Station Jajce

Number:
Date: 03.10.1995

## OFFICIAL NOTE

On the interview with ▮▮▮▮▮▮▮▮ in the apartment of Dubravka Majerić in „Hrast".

After the arrival of the Serb Army I was in the burned down apartment above the old ciy mall
where after 7 days a Serb soldier found me and helped me to stay there since he knew mw but
I do not know his name.
Shortly after the Serb Army entered the city, from the window of my apartment I saw 4
bodies in front of the mall. I identified one person and it was Nurka Tabaković.
Those days I saw Serb soldiers taking 10 women and 2 men to the city mosque where they
locked them. They then set fire to one part of the mosque.
I also heard that 12 persons of Muslim ethnicity were killed in Đumezlije and they were
buried somewhere in Natpolje. I think they were killed by some Jovo, I do not know his last
name, who worked in the hospital.
When Croat Army entered the city Robert came to my apartment, he is the son of gipsy
woman Brigita, who maltreated me and raped me. I was hiding this since he threatened to kill
me if tell anyone. Because of this I am taking 4–5 tranquilizing pills every day. I did not have
any other maltreatment.

NOTE MADE BY:
Zoran Puđa - Signed

Bosnia and Herzegovina
Ministry of Security
State Investigation and Protection Agency (SIPA)
Regional Office Banja Luka

Department for War Crimes Investigation

RECORDS
ON WITNESS QUESTIONING

Made on 16.09.2008 in the apartment in Jajce, street Sv. Luke 5, regarding the statement of witness
███████, in connection with occurrences in Jajce municipality during the year
1995, on the basis of the article 219 paragraph 1 of the Law on Criminal Procedures of Bosnia and
Herzegovina (BiH)

Present:
Present officers: Mirko Sivonjić, Branko Anđelić, Feriz Imamović – Regional Office Banja Luka.
Witness; ███████
Records taken by: Mirko Sivonjić – Regional Office Banja Luka.

Interview started at 11:00 a.m.

On the basis of the article 86 paragraph 2 of the Law on Criminal Procedures of BiH we are
warning you that you are obliged to tell the truth and to withhold nothing. We are warning you that
giving a false statement is a criminal act from the article 235 of the Law on Criminal Procedures of
BiH for which the prescribed sentence is imprisonment from 6 months to 5 years.

Witness signature: Signed

On the basis of the article 86 paragraph 3of the Law on Criminal Procedures of BiH the witness
gave the following information about herself.

Last name, first name; ███████
Father's name: Ramo
Mother's name: Nafa
Mother's maiden name: Mešanović
Your birth date: ███ 1943
Personal identification number (JMBG): ███████
Place of birth: Vlasinje, municipality of Jajce
Ethnicity: Muslim
Citizenship: BiH
Completed education: Elementary school
Are you employed and where: Retired
Are you married: widow
Do you have any children: Yes, four
Exact residential and mailing address: ███████ Jajce
Contact telephone: ███████
Identity established on the basis of the ID card number: ███████

We are warning you that you are obliged to inform Prosecutor Office and the Court about any
change of address and residence.
On the basis of the article 81, paragraphs 3,4, 5,6 and 7 you are obliged to respond to any summon

1

SAMIR DOBRIĆ
САМИР ДОБРИЋ
ТRАН... ...

of Prosecutor Office or the Court. If you are not able to you must inform about your reasons. Should you act differently the Court can fine you up to 5000.00 BAM or order your apprehension. You are obliged to take witness stand. Should you refuse to take a stand the Court can fine you up to 30,000.00 BAM.

When asked whether I had understood the above legal instructions I replied: YES. I confirm this with my signature.

Witness signature: Signed

On the basis of the article 8 and 9, paragraph 2, of the Law on Criminal Procedures of BiH you are informed that official languages of Bosnia and Herzegovina, Serbian, Bosnian and Croatian, are equally in use as well as both scripts, Cyrillic and Latin. If you do not understand official language an interpreter shall be provided as well as the documents of other evidence.

When asked whether I had understood the above legal instructions I replied: YES. I confirm this with my signature.

Witness signature: Signed

On the basis of the article 83, paragraph 2, of the Law on Criminal Procedures of BiH the witness is hereby informed that:

You have the right to refuse to be a witness if:

-you are marital partner or a partner in civil marriage of the suspect or the accused, relative of the suspect or the accused, adopted child or parent of the suspect or the accused.

When asked whether I had understood the above legal instructions I replied: YES. I confirm this with my signature.

Witness signature: Signed

On the basis of the article 84of the Law on Criminal Procedures of BiH the witness is hereby informed that:

You have the right not to answer certain questions if a true answer would expose you to criminal prosecution.

In order to answer a question you can request immunity.

Should you get immunity you are obliged to take a stand as a witness and you shall not be criminally prosecuted unless you gave a false statement.

During the questioning, on your request, the Court can assign an attorney as an advisor, if you are not able to use your rights yourself and your interests cannot be protected otherwise.

When asked whether I had understood the above legal instructions I replied: YES. I confirm this with my signature.

Witness signature: Signed

After being introduced with her rights the witness gave the following:

## STATEMENT

Until the beginning of the war in Bosnia and Herzegovina I lived in Jajce in the flat in the street Esada Ademovića, now the street Svetog Luke. Since my husband died in 1989 I lived alone. At the end of October 1992 the city of Jajce was taken by the Serb Army and remained in my flat, I did not escape. Serb Army was holding Jajce from 1992 till 1995 and at that time I did not have any significant problems except I was afraid. In September 1995 the city was taken by HVO units. I was in my apartment at that time also. Croatian Army came to my apartment first and I did not have any

2

problems with them. After a short time member of HVO started coming to my apartment and they were from Travnik, Vitez, Busovača and members of HVO Jajce. They ordered me to cook and serve them. Many soldiers passed through my apartment. I was humiliated and had to suffer many things. They were insulting me on the national basis. That situation lasted for about 5 or 6 days. Then, a soldier named Kovačić Robert came to my apartment. I did not know him from before. He was treating me nice and he promised to protect me. His nice behavior lasted 5 or 6 days. One day Robert came to my apartment and placed a big sign: HVO on my front door, so that no one should maltreat me. He entered the apartment and he brought a bottle of brandy. We talked for an hour and he was offering me to drink brandy which I refused. He then opened my mouth by force and poured brandy. He started to insult me saying that Četniks have raped me and that I am acting to be decent and that he will show me. He tore off my clothes and he raped me. After that a soldier named Poplašen Ilija who was staying in my apartment and his cousin Poplašen (I do not know his name) who lived I apartment next door, came to my apartment and threaten to rape me too and say that the Serbs have done it. I managed to escape from the apartment with my pullover and skirt in my hand so they did not manage to rape me. I hid in the nearby burned house. Next day I went to the house of Hadžija and Vejsila Mešić and stayed with them. There were a lot of soldiers in their house too and they had to cook for them so I did not dare to tell anyone what had happened to me. I was exhausted and could not do anything, I just was laying in one room for three days. After that I went to the police but they did not want to listen to me, they threw my ID card away. There I met Dubravka Majerić who took me to her apartment where I took a bath and changed my clothes. I told Dubravka what had happened to me. She took me to the hospital , to doctor Ban who gave me some pills to calm down but he did not examine me. After fifteen days staying with Dubravka in her apartment, some people from the Police and Military Police came and I gave a statement what had happened. Out of those police officers I remember only Jakešević Zvonko who took the statement form me. After that I left Dubravka and found an apartment where I lived until I could return to my own apartment. According to my information Robert Kovačić is now in the USA.

Do you have anything else to say, something we did not ask and you feel that it must be said?
YES. I do not want to appear in Court because of this case since I think that I have no use of it.
Do you have any objections to these records or the behavior of police officers taking it?
NO. It was read to me and it is consistent with my statement.

Finished at 12:15 hrs

Witness:                          Records taken:                    Police officers:
■■■■■■■■■■                         Mirko Sivonjić                    Branko Anđelić-signed
Signed                            Signed                            Feriz Imamović-signed
                                                                    Mirko Sivonjić-signed



3

Bosnia and Herzegovina
Ministry of Security
State Investigation and Protection Agency (SIPA)
Regional Office Sarajevo

Number: 16-13/3-1-75/12
Date: 15.03.2012

On the basis of the article 219 paragraph 1and 3 of the Law on Criminal Procedures of Bosnia
and Herzegovina (BiH) we hereby make:

## RECORDS
## ON WITNESS QUESTIONING

Place:              Jajce
Criminal act:       War crime against civilian population from article 173 of the Criminal
                    Code of Bosnia and Herzegovina

Suspect:
Witness summoned by: verbal agreement

Present:
SIPA investigator:   Mevludin Mujezinović
SIPA investigator:   Vladimir Škarić
Witness:             ▮▮▮▮▮▮
Records taken by::   Mevludin Mujezinović

Started at: 13:00 hrs.

Signature: ▮▮▮▮▮▮▮

INFORMATION FOR THE WITNESS

You are not obliged to give any statement or to answer questions except providing personal
data (Article 218, paragraph 2 of the Law on Criminal Procedures of Bosnia and Herzegovina
(BiH).

I confirm that I have understood the above information
YES: Signature of the witness: Signed

On the basis of the article 8 of the Law on Criminal Procedures of BiH you are informed that
official languages of Bosnia and Herzegovina, Serbian, Bosnian and Croatian, are equally in
use as well as both scripts, Cyrillic and Latin. If you do not understand official language an
interpreter shall be provided as well as the documents of other evidence.

I confirm that I understand the language used on this questioning.
YES, Witness signature: Signed

I confirm that these records can be made in Latin script.
YES, Witness signature: Signed

1



You are obliged to provide the following information about yourself:
First name, last name; ████████
Father's name: Ramo
Mother's name: Nefa
Mother's maiden name: Mešinović
Your birth date: ███ 1943
Place of birth: Vlasinje, municipality of Jajce
Personal identification number (JMBG): ████████
Are you employed and where: Retired
Are you married: widow
Citizenship: BiH
Ethnicity: Bosniak
Your relationship with the suspect: Not related
Identity established on the basis of the ID card number: ████
Exact residential and mailing address: ████████ Jajce

We are warning you that you are obliged to inform Prosecutor Office and the Court about any change of address and residence.

On the basis of the article 81, paragraphs 1,4, 5, you are obliged to respond to any summon of Prosecutor Office or the Court. If you are not able to you must inform about your reasons. Should you act differently the Court can fine you up to 5000.00 BAM or order your apprehension.

You are obliged to take witness stand. Should you refuse to take a stand the Court can fine you up to 30,000.00 BAM.

You have the right to refuse to be a witness if:
-you are marital partner or a partner in civil marriage of the suspect or the accused, relative of the suspect or the accused, adopted child or parent of the suspect or the accused

I confirm that I have understood the above information
YES: Signature of the witness: Signed

You have the right not to answer certain questions if a true answer would expose you to criminal prosecution.

In order to answer a question you can request immunity.

Should you get immunity you are obliged to take a stand as a witness and you shall not be criminally prosecuted unless you gave a false statement.

You must tell the truth
You must tell all you know, without omitting anything.
You are warned that giving false statement is a criminal act for which you can be sentenced to 6 months or up to 5 years in prison.
If you and your family are under serious risk or threat you can request to be questioned as protected witness in accordance with the Law.
You have the right to read these records, to enter changes before you sign it.

With my signature I confirm that I have understood all above information and warnings .

YES: Signature of the witness: Signed

2





# WITNESS STATEMENT

My name I           with my signature I confirm that I have understood the information and warnings before giving this statement. I give this statement of my own free will without receiving any promises or guarantees.

At the beginning of this interview I declare that I fell well and am capable of giving the statement.

I have given statements regarding occurrences from the war period to various police agencies but unfortunately the person who raped me, Robert Kovačić, lives freely in the USA without any consequences.

Before the war I lived in Jajce and I still live there. War in Bosnia caught me in Jajce. I did not leave my apartment during the war until the arrival of Croatian Army and HVO and members of Serb Army did not bother or maltreat me. My problems started with the arival of HVO in Jajce in 1995. First couple of days I was hiding in the sheds near my apartment building and one day I was hiding with Čalhasić Ferida and her husband Mustafa who died a year ago.

Robert Kovačić came to Ferida's place and when he saw me he asked where I was living and with who. He suggested me to return to my apartment and that nobody would bother me. I do not know Robert from before the war, Mustafa knew him. Later Robert introduced himself to me. I knew his half-brother from before the war and I think his name is Šein and he is still living in Jajce. I know that Robert has two half-sisters and that one is married to a Catholic and other to Muslim. Roberts mother Brigita and his two half-sisters, after the war, came to the place where I had lived and attacked me for reporting to the police that Robert had raped me.

I think that it was September 1995, and As I said before Robert got me back to my apartment promising that no one will not bother me. He placed the sign HVO on my apartment door. On that occasion together with Robert there were Mato, a.k.a. Spržo, Ilija Poplašen who after I was raped and kicked out, moved into my apartment and lived there for 8 years. There was also the brother of Ilija Poplašen whose name I do not know. In the following period Robert was regularly coming to my apartment bringing a big dog and I had to prepare food for it. Together with Robert others were coming: Mato a.k.a. Spržo, Poplašen Ilija and his brother. One day around 50 HVIO soldiers came to my apartment. They were sitting everywhere, on the sofas, on the floor. All the time they provoked me, insulted me on the national basis, touching my intimate parts. It took the whole day and they left my apartment just before dark. I did not know any of them but one introduced himself as Meho. Howeever I found out from my catholic neighbor that he was actually a Croat from jajce and I see him almost every day in Jajce but I do not know his name. I was scared, tired and sick and I was afraid that these soldiers will return to my apartment. I asked Robert to help me. He said that the things those soldiers have done to me are nothing compared to what "Ustaša" from Herzegovina will do when they come to expel all Muslims. He told me to go to his place, apartment in the building next to mine, to clean up there and I can be there until the situation calms down.

I agreed to go to his apartment because I was hoping that he would protect me. I was hungry, sick and tired. When I arrived to his apartment, actually somebody else's but he usurped it, I saw food on the table and I asked to eat. Robert told me to have some brandy which I refused because I was taking medications. He used force to open my mouth and poured a large glass

of brandy in my mouth. He started yelling at me and told me to go to the bathroom to wash myself. I begged him not to touch me and to let me go. He grabbed my arm and threw me in one room. He ordered me to take off my clothes which I refused and I got up from the bed begging him to let me go. He again threw me on the bed and tore off my clothes. I defended myself and he slapped me on the face really hard. He then took off his clothes and brutally raped me. During the rape he was brutally turning on one side and on the other saying insults all the time. I do not know how long it took. While raping me he was saying that three others should rape me also and that they will kill me afterwards and throw me in the garbage dump and they will say that Serbs have done it. At one moment I used the opportunity, grabbed my pullover and skirt and escaped naked from the apartment. It was dark and I ran naked about 100 meters to some burned house where I hid. Nobody followed me. I spent the whole night in that burned house and at dawn I went to the house of Ljubez Miro and his wife Lenka whom I knew and expected them to help me. I found them in the house. Miro let me in and I stayed for a short time there because Lenka attacked me when I told them that I was raped by Robert Kovačić. She shouted that I was raped by Serbs not her Croats. Miro and Lenka both died after the war.

After Miro and Lenka I went to the home of Hadžija Mešić and her mother Vejsila Mešić who lived in one apartment near the cemetery. They let me be there although there were a lot of soldiers in their apartment too. I did not immediately tell Hadžija that I was raped by Robert and after a couple of days when I told them that she asked me to leave her apartment since they were afraid for themselves because of Croat soldiers who were in their apartment. While I was at Hadžija Mešić's apartment Mato a.k.a. Spržo, Ilija Poplašen and Ilija's brother came and brought my ID card. They demanded me to give them the key of my apartment which I did. From Hadžija Mešić I went to the police. When I arrived at the police building I gave my ID card to one police officer whom I did not know and he, after he saw that I was Muslim, threw it away. I found my ID card and a sat on the wall near the police building. Dubravka Majerić came down the street and I asked her for help. She took me to her apartment, she gave me some food and I took a bath. I spent a night there and next day she took me to the hospital since my hands were covered in blood. I did not tell her that I was raped but she guessed it having in mind how I looked. Doctor Ben , who was working in Jajce before the war, admitted us to hospital. He did not examine me, he just looked at my hands and gave me something to put on my wounds. I guess that Dubravka has told to doctor Ben that I was raped but he just shrugged his shoulders and said nothing. From there I went back to Dubravka's apartment where I stayed four or five months. While I stayed with Dubravka HVO police came. I knew Zvonko or Zdenko Jakešević, pre war police officer, and I gave them a statement regarding the rape.
Dubravka Majerić died after the war and I think that Jakešević Zvonko is still alive.

I did not see any doctors, except Doctor Ben who did not examine me, in connection with my rape so I do not have any medical documentation. At the end I would like to say that it is very sad that I have given the statement about the rape many times to various police units and Robert Kovačić still lives free in USA and he was never prosecuted for the crime he committed.

I confirm that I have nothing more to add.

I confirm that I have no objections to the manner in which this interview was conducted, I was not threatened or promised anything.

4

I confirm that my answers were true according to my best knowledge.
I confirm that this statement was read to me and that it is a true transcript of the conversation we had and I sign it with my hand.

Finished at 15:35 hrs

| Records taken: | Witness: | Police officers: |
|---|---|---|
| Mevludin Mujezinović | | Mevludin Mujezinović -signed |
| Signed | Signed | Vladimir Škarić-signed |



BOSNIA AND HERZEGOVINA
FEDERATION OF BOSNIA AND HERZEGOVINA
CENTRAL BOSNIA CANTON
CANTONAL PROSECUTOR'S OFFICE
TRAVNIK
No. T06 0 KT RZ 0008568 13
Travnik, 13/10/2014

## RECORDS ON WITNESS QUESTIONING

Made on 13/10/2014 in Jajce, ▇▇▇▇▇▇▇ in the apartment of the witness ▇▇▇
▇▇▇ in the criminal case No. **T06 0 KT RZ 0008568 13** against the suspect Robert
Kovačić due to criminal offence **" War crimes against civilians" under article 142 taken
over from CC SFRY.**

**PRESENT:**
**Prosecutor: Sanja Hodžić**
**Police official:**
**Witness:** ▇▇▇▇▇▇▇
**Defender:**
**Records taken by: Džana Gerina.**

**Interview started at 11:15 a.m.**

On the basis of the article 100 paragraph 2 of the Criminal Procedures Code of BiH we are
warning you that you are obliged to tell the truth and to withhold nothing. We are warning
you that giving a false statement is a criminal act from the article 348 of the Criminal Code
of BiH for which the prescribed sentence is imprisonment up to 5 years.

On the basis of the article 100 paragraph 3, the witness gave the following information about
herself.
**Last name, first name:** ▇▇▇▇▇▇▇
**Father's name: Ramo**
**Mother's name: Nafa**
**Mother's maiden name: Mešinović**
**Your birth date:** ▇▇ **1943**
**Place of birth: Vlasinje, municipality of Jajce**
**Ethnicity: Bosniak**
**Citizenship: BiH**
**Personal identification number (JMBG):** ▇▇▇▇▇
**Are you literate: Yes**
**Completed education: Elementary school**
**Occupation: Housewife**
**Are you employed and where: Retired**
**Are you married: Widow**
**Do you have any children: Yes, four**
**Are you related to the suspect: No**
**Exact residential and mailing address:** ▇▇▇ **Jajce**
**Contact telephone:** ▇▇▇





We are warning you that you are obliged to inform Prosecutor's Office and the Court about any change of address and residence.

On the basis of the article 95, paragraphs 5, 6 and 7 you are obliged to respond to any summon of Prosecutor's Office or the Court. If you are not able to you must inform about your reasons. Should you act differently the Court can fine you up to 5,000.00 BAM or order your apprehension. You are obliged to take witness stand. Should you refuse to take a stand the Court can fine you up to 30,000.00 BAM.

Do you understand these legal instructions: YES.

Witness signature: _____

On the basis of the article 8 and 9 of Criminal Procedures Code of BiH you are informed that official languages of Bosnia and Herzegovina, Serbian, Bosnian and Croatian, are equally in use as well as both scripts, Cyrillic and Latin. If you do not understand official language an interpreter shall be provided as well as the documents of other evidence.

Do you understand the official language of the Prosecution and which language do you want to be used for this records: YES.

Witness signature: _____

On the basis of the article 97 the witness is hereby informed that:

You have the right to refuse to be a witness if:

-you are marital partner or a partner in civil marriage of the suspect or the accused, relative of the suspect or the accused, adopted child or parent of the suspect or the accused.

Do you understand these legal instructions and do you want to testify: YES.

Witness signature: _____

On the basis of the article 98 of the CPC FBiH the witness is hereby informed that:

You have the right not to answer certain questions if a true answer would expose you to criminal prosecution.

In order to answer a question you can request immunity.

Should you get immunity you are obliged to take a stand as a witness and you shall not be criminally prosecuted unless you gave a false statement.

During the questioning, on your request, the Court can assign an attorney as an advisor, if you are not able to use your rights yourself and your interests cannot be protected otherwise.

On the basis of the article 105 CPC FBiH you can request to be questioned as a protected witness in accordance with the Law on Protection of Witnesses under Threat and Vulnerable Witnesses.

Do you understand these legal instructions: YES.

Witness signature: _____

WITNESS STATEMENT

After being informed about the reasons of the prosecutor's visit, the witness stated:

On several occasions I have given statement regarding the events that happened on 19/09/1995. Namely, the first person that I told what I had experienced was Dubravka Majerići, she died after the war but used to live in Jajce. Then I informed the police in Jajce about the event several days after it had happened, and later on, with time, I remember that some people from SIPA came and I remember that I told them about the event twice. I also remember that I gave my statement in Bugojno Police but that happened some two years later when it was possible to leave Jajce and when the check-points were cancelled, I wanted to go to the doctor at that time as well but that man Hasan told me that I did not have to. Before the war I lived in Jajce in the apartment I live now, I did not leave my flat during the war until the moment when Croatian Army and HVO soldiers came because my problems started with their arrival since while Serb army was in Jajce nobody disturbed anybody. Upon arrival of HVO I was hiding in the sheds in my residential building for the first several days, one day I spent with Čalhasić Ferida and her husband Mustafa, we were hiding together, both of them died after the war, Ferida died recently but Mustafa died earlier. While I was in the flat of Čalhasić Mustafa, Robert Kovačić and another two men came, they all were unknown to me and they had HVO uniforms, I also think that they were armed. While we all were at their place he asked me how I managed to remain in Jajce alone in the building, how I was not disturbed and he asked me to go with me to my flat in order to see where I lived. I accepted his proposal, I was alone in the whole building, army around me and we went to my flat.

Before this encounter with Robert, Croatian Army soldiers came to my flat, asked me if I needed something without asking about my nationality and then they left my flat. I had no problems with them. When I arrived to my flat with Robert Kovačić and another two HVO soldiers I showed them the place, those two men stayed shortly and then left while Robert and I remained in the flat. At that time Robert was nice to me, asked me about my family, I cooked for him and his dog which was in flat with us but soon Robert came with five HVO soldiers who treated me well like Robert, and while they were there two brigades of men came, suddenly my flat was full of HVO soldiers who treated me badly, insulted me, throw away my medicine, saying "what is "balinka" taking". Some of them took out their penises showing them to me, one of them that was called Meha said that he had slaughtered his brother, his wife and his two children in Vitez, so that story increased fear for my life. At those moments Robert was not around, I was alone with those men for 24 hours, those young, vehement men, without shame and they were insulting me all the time. Due to my weakness and fatigue I fell at one moment and I remember that their brigadier put me on the sofa while he threw the rest of them out and he himself left after them, so I was alone when Robert came to my flat again with another five soldiers. He was nice to me in a sense that he did not insult me and then he told me to move from my flat to the flat across the corridor since my flat had been on fire and I would be safer there. He took off the lock from my door, put it on the other flat's door and in the next five to six days he was coming to that flat every day with other soldiers bringing things that he was getting from somewhere to that flat. At that period while I was in that flat, Robert was coming and I was cooking for him again, I was eating the same food I was preparing for him so I was not hungry, and he was decent towards me and he did not show any bad behavior towards me. After some five to six days, Robert and his five bandits were coming and going but one day in the afternoon he came alone, brought a package with him, he was brisk, saying that something dangerous for Muslims would happen in Jajce that night, that they would kill them all, he wrote "HVO" on the package in capital letters, put it on the door and told me to go with him since I could not remain there and to go to the next building where he took a flat. I went with him. When I came to the flat the table was full of food, I felt some kind of freedom because he then seemed to me as a person who would save me, I ate a little but he told me to go to the bathroom and to wash myself, and then fear crept into me as well as the thought that it was not the Robert as before. I asked him why



I should wash myself, I washed myself whenever I could, but he harshly grabbed my shoulder and forced me in the bathroom, for a moment I thought to escape but I saw that there was no key in the entrance door lock and that the door was locked. I came back to him and begged him to let me go regardless what would happen to me but he pushed me to the kitchen table and told me to have some brandy that he prepared at the table, I told him that I could not drink brandy because I was tasking tranquilizers and I showed him medicine but he squeezed my jaw, opened my mouth and poured brandy out of the bottle over me. I started to choke, I succeeded to swallow some of the brandy, then he pulled me to another room which was a bedroom and pushed me to the bed, he tore the dress off me and insulted me saying that I pretended to be pure and what the Serbs did to me, all that while turning me around on bed, grabbing my shoulders, my arms, roughly, hurting me and after I was so battered and I was without clothes, he laid over me in his clothes, later on he took off his clothes, jumped over me, turned me again on my stomach, my back and I used the last atoms of my strength to ask him what he was doing and what was the matter with him, then I felt that he entered me, I do not know whether he came into me, just as soon as he got off me he started towards the flat entrance door and I heard that he unlocked the door and talked to someone about killing me, raping me again and throwing me to the garbage in front of his flat in order to be found by German journalists who would thought that Serbs killed me, I heard that with my own ears and I had impression that he and his bandits were in the kitchen although they had not been there at the time when he pushed me in the room. I suppose that those were soldiers that used to come to the flat with him, and who also were coming to the flat opposite mine. At that time I did not know any of those five soldiers but later on I found out that there with Robert was Ilija Poplašen who stayed in my flat for eight years, his brother Poplašen who took and stayed in the flat across mine.

At the moment Robert left the room I managed to get my skirt and sweater and ran out of the flat naked, almost crazy running down the street and I went above the mosque to a catholic house which was burnt down. There I dressed up and stayed for a while, frightened, in bruises, weak and then I went to the house of Miro Ljubez and his wife Lenka who I knew. I found them at home, the late Miro came out and I asked him for help but I think that his wife was the reason why he did not immediately let me in the house. After his wife Lenka insulted me I went away again to the nearby destroyed building just to find a shelter and later on I went to the house of Hadžija Mešić and her mother Vasvija. As far as I remember, I stayed at Hadžija's for some three days, I did not eat or drink anything, I was petrified and bruised, I did not tell them that Robert raped me since there were many HVO soldiers in their house I did not dare to tell them that. After my stay at Hadžija's I went to Jajce Police in order to ask them to take me somewhere, to shelter me but no one would look at me there, they just tossed me my ID card, I did not dare to tell them that I had been raped. After that I met Dubravka Majerić, I stayed with her and she was the first one that I told what happened but she had already seen that on me and I confirmed to her that I was raped and I told her that the rapist was Robert. She took me to the flat, gave me some underwear, I had a shower, changed and she took me to doctor Ben in Jajce hospital in order to give me cream for my fingers which were injured, I did not have a gynecologist exam but I think that Dubravka told him that I was raped. While I was staying with Dubravka, seven HVO Military Police members came and I think that I recognized Zvonko Jakešević since he was a police officer also before the war and then I told them about the event. Dubravka died after the war as well as her mother. I saw Robert several times after the war, after it became known what he had done to me all his power and the flat were taken from him, I know that he married a Muslim with child and that he went to the USA. After the war he agitated his dog on me and threatened me that way but believe me, when I talked to the dog he was on his paws. He was telling me that he would tear me again and fix a gang to finish me.



After I told everything to Jakešević and those men, Jakešević put me in a hut and told me that I could always contact him, Robert's mother and sister that I had not previously known came to this hut asking me what I was saying about their son and brother that he raped me, that I was laying, that he was not like that.

All I went through left trauma on me as well as the consequences that I feel even today. My health totally deteriorated, I had a heart attack, I do not sleep well, I used a lot of medicine (showing a bowl full of medicine) and I think I suffered a lot, humiliation which seriously deteriorated family relations. I remember well everything that happened to me and I will remember it until the end of my life and I would like Robert Kovačić to be punished for what he did to me and I am interested in the damage compensation which I am due according to the Law.

I confirm my statement and what I said today and I would state the same before the competent Court if necessary.

After she read the statement, the witness had no objections.

Finished at 13:00 hrs.

| Records taken by:<br>Džana Gerina | Witness | Deputy Chief Cantonal Prosecutor<br>Sanja Hodžić |





Bosnia and Herzegovina
Ministry of Security
State Investigation and Protection Agency (SIPA)
Regional Office Sarajevo

Number: 16-13/3-1-76/12
Date: 15.03.2012

On the basis of the article 219 paragraph 1and 3 of the Law on Criminal Procedures of Bosnia
and Herzegovina (BiH) we hereby make:

## RECORDS
## ON WITNESS QUESTIONING

Place:              Jajce
Criminal act:       War crime against civilian population from article 173 of the Criminal
                    Code of Bosnia and Herzegovina on the territory of Jajce

Suspect:
Witness summoned by: verbal agreement

Present:
SIPA investigator:  Mevludin Mujezinović
SIPA investigator:  Vladimir Škarić
Witness:            Hadžija Mešić
Records taken by::  Vladimir Škaeric

Started at: 16:00 hrs.

Signature: Hadžija Mešić

INFORMATION FOR THE WITNESS

You are not obliged to give any statement or to answer questions except providing personal
data (Article 218, paragraph 2 of the Law on Criminal Procedures of Bosnia and Herzegovina
(BiH).

I confirm that I have understood the above information
YES: Signature of the witness: Signed

On the basis of the article 8 of the Law on Criminal Procedures of BiH you are informed that
official languages of Bosnia and Herzegovina, Serbian, Bosnian and Croatian, are equally in
use as well as both scripts, Cyrillic and Latin. If you do not understand official language an
interpreter shall be provided as well as the documents of other evidence.

I confirm that I understand the language used on this questioning.
YES, Witness signature: Signed

I confirm that these records can be made in Latin script.
YES, Witness signature: Signed

1





You are obliged to provide the following information about yourself:
First name, last name; HADŽIJA MEŠIĆ
Father's name: Jusuf
Mother's name: Vejsila
Mother's maiden name: Velić
Your birth date ███ 1931
Place of birth: Lubovo, municipality of Šipovo
Residence: Ive Andrića 41, Jajce
Personal identification number (JMBG): ███████
Are you employed and where: Retired
Are you married: widow
Citizenship: BiH
Ethnicity: Bosniak
Your relationship with the suspect: Not related
Identity established on the basis of: ID card number ███████
Exact residential and mailing address: : ███████, Jajce
Telephone number: ███████

We are warning you that you are obliged to inform Prosecutor Office and the Court about any change of address and residence.
On the basis of the article 81, paragraphs 1,4, 5, you are obliged to respond to any summon of Prosecutor Office or the Court. If you are not able to you must inform about your reasons. Should you act differently the Court can fine you up to 5000.00 BAM or order your apprehension.
You are obliged to take witness stand. Should you refuse to take a stand the Court can fine you up to 30,000.00 BAM.

You have the right to refuse to be a witness if:
-you are marital partner or a partner in civil marriage of the suspect or the accused, relative of the suspect or the accused, adopted child or parent of the suspect or the accused

I confirm that I have understood the above information
YES: Signature of the witness: Signed

You have the right not to answer certain questions if a true answer would expose you to criminal prosecution.
In order to answer a question you can request immunity.
Should you get immunity you are obliged to take a stand as a witness and you shall not be criminally prosecuted unless you gave a false statement.

You must tell the truth
You must tell all you know, without omitting anything.
You are warned that giving false statement is a criminal act for which you can be sentenced to 6 months or up to 5 years in prison.
If you and your family are under serious risk or threat you can request to be questioned as protected witness in accordance with the Law.
You have the right to read these records, to enter changes before you sign it.

With my signature I confirm that I have understood all above information and warnings .

2



YES: Signature of the witness: Signed

## WITNESS STATEMENT

My name is Hađija Mešić, with my signature I confirm that I have understood the information and warnings before giving this statement. I give this statement of my own free will without receiving any promises or guarantees.

At the beginning of this interview I declare that I fell well and am capable of giving the statement.

I have not given any statements regarding occurrences from the war period to various police agencies.

Before the war I lived in Jajce, and I still live there. Before thje wore I worked in the Culture Centre in Jajce. When the war started in BiH I did not leave Jajce and I stayed there during the whole time together with my mother Vejsila who died after the war. During the war, when Serbs were in the town I was taken to the Police in Jajce by officer Zoran Kaurin, my neighbor, who is now Police Commander in Jezero. While I was in the Police station one officer from Ključ was beating me all over in the presence of Kaurin Zoran and Prole Jovo, who at the time was Chief of Police in Jajce. That officer, whose name I do not know, was beating me with the rubber stick . I was so beaten up that I had to put sheep skin on my back in order to heal. I could not get up for several days. Dr. Protić Milovan , who now lives in Serbia, was coming to my house to treat me.

In 1995 when HVO entered Jajce I did not leave my house and nobody arrested or maltreated me. However, my acquaintance ████████████ who also was in Jajce the whole time, was raped. One day during 1995 ████████ came to my house where I lived together with my mother. She was wearing a skirt and she was bloodied, frightened and crying. I asked her what had happened and she told me that she was raped by HVO member. Now I do not remember whether she had mentioned any name of the soldier who raped her, she might have mentioned it but I do not remember the name. ████ stayed with me and my mother for several days after which she left because there were HVO soldiers in my place also and she was afraid.

I confirm that I have nothing more to add.
I confirm that I have no objections to the manner in which this interview was conducted, I was not threatened or promised anything.

I confirm that my answers were true according to my best knowledge.
I confirm that this statement was read to me and that it is a true transcript of the conversation we had and I sign it with my hand.

Finished at 13:45 hrs

| Records taken: | Witness: | Police officers: |
|---|---|---|
| Vladimir Škarić | Hađija Mešić | Mevludin Mujezinović -signed |
| Signed | Signed | Vladimir Škarić-signed |

3



Bosnia and Herzegovina
Ministry of Security
State Investigation and Protection Agency (SIPA)
Regional Office Sarajevo

Number: 16-13/3-1-84/12
Date: 21.03.2012

On the basis of the article 219 paragraph 1and 3 of the Law on Criminal Procedures of Bosnia and Herzegovina (BiH) we hereby make:

## RECORDS
## ON WITNESS QUESTIONING

Place:              Jajce
Criminal act:       War crime against civilian population from article 173 of the Criminal
                    Code of Bosnia and Herzegovina on the territory of Jajce

Suspect:
Witness summoned by:  verbal agreement

Present:
SIPA investigator:    Mevludin Mujezinović
SIPA investigator:    Vladimir Škarić
Witness:              Zvonko Jakešević
Records taken by::    Hanadi Karić

Started at: 12:10 hrs.

Signature: Zvonko Jakešević

### INFORMATION FOR THE WITNESS

You are not obliged to give any statement or to answer questions except providing personal data (Article 218, paragraph 2 of the Law on Criminal Procedures of Bosnia and Herzegovina (BiH).

I confirm that I have understood the above information
YES: Signature of the witness: Signed

On the basis of the article 8 of the Law on Criminal Procedures of BiH you are informed that official languages of Bosnia and Herzegovina, Serbian, Bosnian and Croatian, are equally in use as well as both scripts, Cyrillic and Latin. If you do not understand official language an interpreter shall be provided as well as the documents of other evidence.

I confirm that I understand the language used on this questioning.
YES, Witness signature: Signed

I confirm that these records can be made in Latin script.
YES, Witness signature: Signed

1



You are obliged to provide the following information about yourself:
First name, last name; ZVONKO JAKEŠEVIĆ
Father's name: Branko
Mother's name: Luca
Mother's maiden name: Blažević
Your birth date: ▊1957
Place of birth: Carevo Polje, Jajce
Residence: ▊municipality of Jajce
Personal identification number (JMBG): ▊
Are you employed and where: Retired
Are you married: Yes
Citizenship: BiH and Croatia
Ethnicity: Croat
Your relationship with the suspect: Not related
Identity established on the basis of: personal statement
Exact residential and mailing address: ▊Jajce
Telephone number: ▊

We are warning you that you are obliged to inform Prosecutor Office and the Court about any change of address and residence.
On the basis of the article 81, paragraphs 1,4, 5, you are obliged to respond to any summon of Prosecutor Office or the Court. If you are not able to you must inform about your reasons. Should you act differently the Court can fine you up to 5000.00 BAM or order your apprehension.
You are obliged to take witness stand. Should you refuse to take a stand the Court can fine you up to 30,000.00 BAM.

You have the right to refuse to be a witness if:
-you are marital partner or a partner in civil marriage of the suspect or the accused, relative of the suspect or the accused, adopted child or parent of the suspect or the accused

I confirm that I have understood the above information
YES: Signature of the witness: Signed

You have the right not to answer certain questions if a true answer would expose you to criminal prosecution.
In order to answer a question you can request immunity.
Should you get immunity you are obliged to take a stand as a witness and you shall not be criminally prosecuted unless you gave a false statement.

You must tell the truth
You must tell all you know, without omitting anything.
You are warned that giving false statement is a criminal act for which you can be sentenced to 6 months or up to 5 years in prison.
If you and your family are under serious risk or threat you can request to be questioned as protected witness in accordance with the Law.
You have the right to read these records, to enter changes before you sign it.

With my signature I confirm that I have understood all above information and warnings .

2

YES: Signature of the witness: Signed

WITNESS STATEMENT

My name is Zvonko Jakešević, with my signature I confirm that I have understood the information and warnings before giving this statement. I give this statement of my own free will without receiving any promises or guarantees.

At the beginning of this interview I declare that I fell well and am capable of giving the statement.

I have not given any statements regarding occurrences from the war period to various police agencies.

Before the war I lived in Jajce, and I still live there, the only exception is the war period from 1992 till August 1995. I was employed in the Police, in Jajce, from 1980 till the end of 1997 when I retired. From the start of my career till the beginning of the war I worked as uniformed police officer and from 1992 till my retirement I worked as crime inspector in Police station Jajce. Since 1995 I was Assistant to the Commander for Crime Police.

As far as the subject of this interview is concerned and the rape of ▇▇▇▇▇▇▇▇▇▇▇ I remember that I, in the capacity of the Assistant to the Commander for Crime Police, took written statement from her in 1995 after she came to report the rape. I cannot remember exactly whether there were any other officers with me but I remember that I took her statement professionally and she gave written statement regarding the circumstances of the criminal act. As far as I can remember the perpetrator was Robert Kovačić from Jajce and I remember him from before as a problematic person. I know that Robert left BiH immediately after the war and he moved somewhere to Australia or USA. I did not see him anymore.

I would also like to state that, at that time (1995), Police station Jajce was under Police Administration Vitez and only Croat police officers were working in the station. Station was not integrated since the war was still going on and I remember that Muslim Police station Jajce was located in Vinac and they were under Police Administration Travnik.
I would also like to add that, as far as I can remember, we did not do any further actions and Robert Kovačić was not available to the Police. I have no knowledge of what happened to the statement I took from ▇▇▇ or with her case.

I confirm that I have nothing more to add.
I confirm that I have no objections to the manner in which this interview was conducted, I was not threatened or promised anything.

I confirm that my answers were true according to my best knowledge.
I confirm that this statement was read to me and that it is a true transcript of the conversation we had and I sign it with my hand.

Finished at 13:45 hrs

| Records taken: | Witness: | Police officers: |
| --- | --- | --- |
| Hanadi Karić | Zvonko Jakešević | Mevludin Mujezinović -signed |
| Signed | Signed | Vladimir Škarić-signed |



BOSNIA AND HERZEGOVINA
FEDERATION OF BOSNIA AND HERZEGOVINA
FEDERAL MINISTRY FOR WAR VETERANS
AND INVALIDS OF THE LIBERATION WAR

Department for registration of military service

Pov. No.: 07-03-9-1/13
Sarajevo, 11.02.2013

FEDERATION OF BOSNIA AND HERZEGOVINA
MIDDLE BOSNIA CANTON
OFFICE OF THE CANTONAL PROSECUTOR
TRAVNIK

SUBJECT: Information forwarding
Ref: Your request number T06 KT RZ 0008568 13 dated 09.01.2013

On the basis of your document, date and number given in Ref. above, we have conducted
checks in our organizational units and we are forwarding available information for the person:
1. Kovačić Robert, son of Nikola, born in 1953 in Jajce, personal identification number
   ▇▇▇▇▇▇▇▇▇ Croat, citizen of Bosnia and Herzegovina, was a member of Armed
   Forces of Republic of Bosnia and Herzegovina – HVO in:

   Military unit (VP) 1761 Busovača, in the period from 01.01.1993 to 13.09.1995.
   Military unit (VP) 1712 Kupres, in the period from 14.09.1995 to 30.09.1995.
   Military unit (VP) 1811 Jajce, in the period from 01.10.1995 to 08.11.1995.

This department does not possess information on military duties, rewards, medals or
disciplinary actions for the above person, as well as information in which areas the units in
question were active.

With respect

Information prepared by:
Bajro Hodić, signed

                         BY OUTHRIZATION OF THE MINISTER
                         HEAD OF THE DEPARTMENT
              Seal       Ljubica Selaković , signed



BOSNIA AND HERZEGOVINA
FEDERATION OF BOSNIA AND HERZEGOVINA
MIDDLE BOSNIA CANTON
MINISTRY OF INTERIOR
Police Administration
Travnik

Number: 02/3-6-122/14NŠ
Date: 12.05.2014

On the basis of the article 234, paragraph 1, of the Law on Criminal Procedures of the Federation of Bosnia and Herzegovina, police officer makes this:

## OFFICIAL NOTE

Made on 12.05.2014 in the premises of the Ministry of Interior of Middle Bosnia Canton – Travnik, in the procedure of responding to the request for address check and forwarding of information of the Cantonal Prosecutor Office Travnik, number T06 0 KT RZ 0008568 13 dated 15.04.2014.

In respect to the above the following checks have been made:
- From the relevant municipal Department, municipality of Jajce, birth certificate was forwarded, citizenship certificate, for Robert Kovačić, son of Nikola and mother Brigita – maiden name Bokor, born on ▮▮▮ 1953 in Jajce.

- Through the Ministry of Security of BiH, Department for Foreign Citizens, Field Office Travnik, I conducted checks and requested information from their official records about Robert Kovačić. From the Field Office I received information that there were no records about Robert Kovačić in their files.

- I requested Police Station Jajce to conduct checks in the field, through relatives of Robert Kovačić, and to try to establish correct address for this person but I have not received any feedback until present.

The information I collected indicate that Robert Kovačić is living in USA, state of Virginia, city of Roanoke, 2452 Memorial Ave. SW.
He is married to Fatima Kovačić, maiden name Hrusto, born on ▮▮▮ 1964 in Jajce, personal identification number (JMB) ▮▮▮▮▮▮, and they have two children.

NOTE PREPARED BY
Nevzudin Švraka



**BOSNA I HERCEGOVINA**
**FEDERACIJA BOSNE i HERCEGOVINE**
**SREDNJOBOSANSKI KANTON/KANTON SREDIŠNJA BOSNA**
**KANTONALNO TUŽILAŠTVO/KANTONALNO TUŽITELJSTVO**
**T R A V N I K**

**Broj: T06 0 KT RZ 0008568 13**
**Travnik,03.11.2014.godine**

## ZAHTJEV ZA IZRUČENJE

### Ja, Ahmed Mešić pod zakletvom izjavljujem:

1. Ja sam državljanin Bosne i Hercegovine, stalno nastanjen u Sarajevu.

2. Od 17.marta 2014.godine radim u Tužilaštvu Srednjobosankog kantona Travnik na poziciji kantonalnog tužioca, Odjela za ratne zločine. Tužioci Tužilaštva Travnik Odjela za ratne zločine krivično gone i procesuiraju krivična djela ratnih zločina, a koji su se desili kršenjem Međunarodnog humanitarnog prava na području kojeg pokriva jurizdikcija Tužilaštva Travnik. Tokom svog rada u svojstvu tužioca tužilaštva Travnik, kao i za vrijeme koje sam proveo kao uposlenik advokatske kancelarije, Ureda registrara BiH, i Ministarstva pravde BiH upoznao sam se sa Krivičnim zakonom BiH, krivičnim zakonom FBiH i krivičnom zakonom SFRJ, kao i odredbama Zakona o krivičnom postupku BiH, zakona o krivičnom postupku FBiH U svojstvu tužioca Tužilaštva Travnik ovlašten sam prema članu 57. zakona o međunarodnoj pravnoj pomoći o kaznenim stvarima BiH i članu III Konvencije o izdavanju krivaca zaključenu između Kraljevine Srbije i Ujedinjenih američkih država 12/25 oktobar 1901.godine, a koju je Bosna i Hercegovina naslijedila, da formalno zatraži ekstradiciju iz SAD-a.

3. Tužilaštvo Travnik i ja kao postupajući tužilac, odnosno tužilac koji je prethodno radio na ovom predmetu, na osnovu Rješenja Suda BiH broj: S1 1 K 011701 12 Kv od 04.12.2012.godine o prenosu nadležnosti u predmetu protiv osumnjičenog Roberta Kovačića, donesena je naredba kojom se naređuje provođenje istrage zbog postojanja osnovane sumnje da je osumnjičeni Robert Kovačić tokom rata u Bosni i Herceogivni kršeći pravila Međunardonog humanitarnog prava počinio krivično djelo ratni zločin protiv civilnog stanovništva iz člana 142. stav 1. preuzetog KZ SFRJ i to na način da je silovao civila ███████████ u jajcu dana 19.09.1995.godine. tokom ove istrage uzete su izjave od više svjedoka i opštećene, te je ovo tužilaštvo obzirom da se osumnjičeni nalazi u Americi dana 02.06.2014.godine nadležnom Kantonalnom sudu u Novom Travniku podnijelo Prijedlog za određivanje pritvora i izdavanje međunarodne potjernice prema Robertu Kovačiću. Na osnovu Rješenja Kantonalnog suda Novi Travnik 06 0 K 007087 14 Kpp od 06.06.2014.godine, a koje je

potvrđeno Rješenjem Kantonalnog suda u Novom travniku broj:06 0 K 007087 14 KV od 30.06.2014.godine, osumnjičenom Robertu Kovačiću određen je pritvora zbog postojanja osnovane sumnje da je počinio krivično djelo Ratni zločin protiv civilnog stanovništva iz člana 142. preuzetog KZ SFRJ. S tim u vezi prema osumnjičenom Robertu Kovačiću Kantonalni sud Novi Travnik pod brojem 06 0 K 007087 14 Kpp izdata je Naredba za raspisivanje međunarodne Interpolove potjernice. Kopija Naredbe o provođenju istrage, Prijedlog za određivanje pritvora, Rješenja Kantonalnog suda o određivanju pritvora i Naredba za raspisivanje potjernice nalazi se u dodatku liste dokaznih predmeta ovog Zahtjeva.

## SIŽE DOKAZA

4. Naredba o provođenju istrage, Prijedlog za određivanje pritvora Tužilaštva, kao i Rješenje o određivanju pritvora tvrde da je osumnjičeni Robert Kovačić počinio **ratni zločin** protiv civilnog stanovništva silovanjem oštećene civila ████████████████ na slijedeći način:

Nakon što su zaprimljeni dokazi i cjelokupan predmet protiv osumnjičenog Roberta Kovačića, Tužilaštvo Srednjobosanskog kantona je dana 09.01.2013.godine donijelo naredbu za sprovođenje istrage u ovom predmetu. U dosadašnjem postupku sprovođenja istrage protiv osumnjičenog prikupljeni dokazi ukazuju na postojanje **osnovane sumnje** da je osumnjičeni Robert Kovačić za vriijeme ratnog stanja u Bosni i Hercegovini postupao suprotno pravilima člana 3. Ženevske konvencije o zaštiti građanskih lica za vrijeme rata od 12.augusta 1949.godine i člana 4. II Dopunskog protokola uz Ženevske konvencije od 12.01.1977.godine o zaštiti žrtava Međunarodnih oružanih skukoba, tako što je kao pripadnik HVO-a 19.09.1995.godine u Jajcu nakon što je ████████████ iz razloga bojazni prešla iz njezinog stana u ulici Svetog Luke br. 7., u stan, koji je koristio Robert Kovačić, istu prisilio da popije čašu rakije, nakon čega je ubacio u jednu sobu, naredio joj da se skine, pa kada je ona to odbila i molila ga da je pusti, bacio je na krevet strgao joj odjeću, ošamario je po licu, a potom prisilio na polni odnos, pri čemu se iživljavo grubo je okrećući čas na jednu, čas na drugu stranu, a sve vrijeme je vrijeđao, zbog njene nacionalne pripadnosti i prijetio da će je ubiti i baciti u smeće, nakon čega je oštećena iskoristila priliku i bez odjeće pobjegla iz stana,

čime bi počinio krivično djelo ratni zločin protiv civilnog stanovništva iz člana 142. stav 1. preuzetog KZ SFRJ.

## DOKAZNI PREDMETI

Postojanje osnovane sumnje da je Robert Kovačić u svojstvu pripadnika HVO-a počinio kriviično djelo ratnog zločina zasniva se prije svega na iskazima oštećene ████████████ I to: Službena zabilješka PS Jajce od 03.10.1995.godine, Zapisnik o saslušanju svjedoka Sefije Sardupalović broj 17-12/3-04-81-58/08 Državne agencije za istrage i zaštitu od 16.09.2008.godine, Zapisnik o saslušanju svjedoka ████ ████████ Državne agencije za istrage i zaštitu broj 16-13/3-1-75/12 od 15.03.2012.godine, Zapisnik o saslušanju svjedoka ████████ Kantonalno tužilaštvo Travnik broj T06 0 KTRZ 0008568 od 13.10.2014.godine, Zapisnik o saslušanju svjedoka Hadžije Mešić Državne agencije za istrage i zaštitu broj 16-13/3-

1-76/12 od 15.03.2012.godine, Zapisnik o saslušanju svjedoka Zvonko Jakešević Državne agencije za istrage i zaštitu broj 16-13/3-1-76/12 od 15.03.2012.godine, Dopis Federalnog ministarstva za pitanje boraca i invalida odbrambeno oslobodliačkog rata broj 07-03-9-1/13 od 11.02.2013.godine, Službena zabilješka MUP SBK broj 02/3-6-122/14 od 12.05.2014.godine.

Iz zapisnika o saslušanju oštećene nesporno proizilazi da se predmetni događaj desio na način da je Robert Kovačić silovao oštećenu i da je iskoristio svoj položaj pripadnika HVO-a, da je oštećenu vrijeđao na nacionalnoj osnovi, psovao joj balinsku majku. Iz iskaza Zvonka Jakeševića koji je u kritičnom periodu obnašao dužnost pomoćnika načelnika krim policije u Jajcu, proizilazi osnovana sumnja da je osumnjičeni počinio radnje koje mu se stavljaju na teret. Konsistentni iskazi svjedoka Hadžije Mešić i iz razgovora sa Feridom Čelhasić ukazuju da je nad oštećenom izvršeno silovanje za vrijeme ratnog stanja u Jajcu od pripadnika HVO-a, odnosno od strane osumnjičenog. Oštećena ███████████ na jasan način u svojim iskazima govori kako je osumnjičeni Robert Kovačić počinio silovanje nad istom, te je njen iskaz podkrijepljen I iskazima drugih svjedoka kao što je iskaz Hadžije Mešić koja je rekla da je ██████ bila silovana, te da je jednog dana u toku 1995.godine oštećena ██████████ da je bila sva krvava, zamotana I uplašena, te da joj je rekla da je bila silovana od strane pripadnika HVO-a . zatim Zvonko Jakešević u svom iskazu tvrdi da je u svojstvu pomoćnika načelnika SJB za krim policiju tokom 1995.godine saslušao I uzeo pismenu izjavu od oštećene Sefije Sardupalović koja je prijavila silovanje, a kao počinitelj silovanja bio je označen Robert Kovačić iz Jajca koji je odmah nakon rata radi izbjegavanja krivičnog progona napustio BiH.

Kao što je prethodno istaknuto u Zahtjevu za izručenje Tužilaštvo Travnik je nadležnom Kantonalnom sudu Novi Travnik dana 02.06.2014.godine podnijelo Prijedlog za određivanje pritvora I izdavanja međunarodne potjernice zajedno sa svim dokazima koji terete osumnjičenog za predmetno krivično djelo, te je Sud dana 06.06.2014.godine odnosno 30.06.2014.godine donio Rješenje o određivanju pritvora I Naredbu o raspisivanju međunarodne potjernice. Ja sam pribavio kopije Rješenja o određivanju pritvora I Naredbe o određivanju pritvora od Suda I prilažem je uz ovu Izjavu kao dokazni predmet 2 I 2.a) I 2.b). Iz Rješenja Suda jasno proizilazi da je Sud utvrdio da postoji dovoljno dokaza da je osumnjičeni počinio krivično djelo ratnog zločina I to silovanje. Želim ovom prilikom istači da zakonska odredba koja reguliše okončanje istrage iz člana 240. stav 3. ZKP-a FbiH, glasi: "Optužnica se ne može podići ako soumnjičeni nije bio ispitan". Imajući u vidu da se osumnjičeni ne nalazi na području BiH nego je odmah po završetku rata napustio BiH, a otišao u SAD-a , a sve u cilju izbjegavanja krivičnog progona, to nije bilo moguće podignuti optužnicu.

## RATNI ZLOČIN PROTIV CIVILNOG STANOVNIŠTVA    iz člana 142. preuzetog KZ SFRJ

5.  Ratni zločin protiv civilnog stanovništva normirani su u Krivičnom zakonu SFRJ iz 1977.godine , akoji je Bosna I Hercegovina preuzela 1992.godine I koji kantonalna I okružna tužilaštva primjenjuju u krivičnom gonjenju osumnjičenih za teška kršenja Međunarodnog humanitarnog prava-ratne zločine. Ova krivična djela normirana su u Glavi XVI pomenutog zakona I ta Glava nosi naslov Krivična djela protiv čpovječnosti I međunarodnog prava. Ova krivična djela, odnosno ratni zločin protiv civilnog stanovništva može se

učiniti samo s umišljajem. Osobe osuđene za ovo krivično djelo mogu biti kaženjene na kaznu zatvora do 20 godina. Tekst Zakona je priložen kao dokazni predmet 3.

## PROPIS O ZASTARI

6. Krivični zakon SFRJ u članu 100. navodi krivično gonjenje i izvršenje kazne ne zastarjeva za krivična djela previđena u članu 141 do 145 ovog Zakona, kao ni za krivična djela koja po međunarodnim ugovorima ova zastarjelost ne može da nastupi.

## OPIS OSUMNJIČENOG

7. Robert Kovačić je državljanin BiH, rođen ▉▉▉ 1953.godine u Jajcu. Sin je Nikole i majke Brigite rođene Bokor. On je bjelac, po nacionalnosti Hrvat. U prilogu dostavljamo fotografiju osumnjičenog koju smo pribavili operativnim radom I moguće da ista predstavlja noviju sliku Roberta Kovačića. Vjeruje se da Robert Kovačić živi u država Virginija, grad Roanoke.

U nastavku slijedi lista dokaznih predmeta koja čini sastavni dio ovog Zahtjeva.

1. Naredba o provođenju istrage broj:T06 KTRZ 0008568 13 od 09.01.2013.godine,
1.a) Prijedlog za određivanje pritvora broj;T06 0 KTRZ 0008568 13 od 02.06.2014.godine
2. Rješenje Kantonalnog suda Novi Travnik o određivanju pritvora broj:06 0 K 007087 14 Kpp od 06.06.2014.godine,
2.a) Rješenje Kantonalnog suda Novi Travnik broj:06 0 K 007087 14 Kv od 30.06.2014.godine,
2.b) Naredba Kantonalnog suda Novi Travnik broj:06 0 K 007087 14 Kpp od 04.07.2014.godine o raspisivanju potjernice,
3. Puni tekst krivičnog djela iz člana 142. preuzetog Krivičnog zakona SFRJ
4. Puni tekst propisa o zastari-član 100. KZ SFRJ

5. Službena zabilješka PS Jajce od 03.10.1995.godine,
6. Zapisnik o saslušanju svjedoka ▉▉▉▉▉▉▉▉ broj 17-12/3-04-81-58/08 Državne agencije za istrage i zaštitu od 16.09.2008.godine,
6.a) Zapisnik o saslušanju svjedoka ▉▉▉▉▉▉▉▉ Državne agencije za istrage i zaštitu broj 16-13/3-1-75/12 od 15.03.2012.godine,
6.b)Zapisnik o saslušanju svjedoka ▉▉▉▉▉▉▉▉ Kantonalno tužilaštvo Travnik broj T06 0 KTRZ 0008568 od 13.10.2014.godine
7. Zapisnik o saslušanju svjedoka Hadžije Mešić Državne agencije za istrage i zaštitu broj 16-13/3-1-76/12 od 15.03.2012.godine,
8. Zapisnik o saslušanju svjedoka Zvonko Jakešević Državne agencije za istrage i zaštitu broj 16-13/3-1-76/12 od 15.03.2012.godine Službena zabilješka Državne agencije za istrage i zaštitu broj 16-13/3-1-137/12 od 22.03.2012.godine,
9., Dopis Federalnog ministarstva za pitanje boraca i invalida odbrambeno oslobodliačkog rata broj 07-03-9-1/13 od 11.02.2013.godine,
10. Službena zabilješka MUP SBK broj 02/3-6-122/14 od 12.05.2014.godine.

Na osnovu svega iznesenog smatram da su ispunjeni razlozi za izručenjem osumnjičenog Roberta Kovačića zbog čega predlažem da Human Rights and Special Prosecutions Section Criminal Division U.S. Department of Justice privati moj ZAHTJEV ZA IZRUČENJE.

Izjava data pod zakletvom i potpisana od strane tužioca Ahmeda Mešića.

U Travniku, BiH dana 03.11.2014.godine

                                               KANTONALNI TUŽILAC
                                                  Ahmed Mešić