
**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| In the Matter of the Extradition of ROBERT KOVAČIĆ | ) Case No. 7:19mJ51 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) ROBERT KOVAČIĆ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Bosnia-Herzegovina, which has sought his provisional arrest with a view towards extradition, on the charges of war crimes-related sexual assault, pursuant to the treaty of extradition between the United States, Title 18 United States Code, Section 3184.

Date: May 16, 2019

City and state: Roanoke, VA

_____
Issuing officer's signature

Robert S. Ballou, USMJ
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title