# SEALED

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
**1:37 pm, May 16 2019**

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

5/17/2019

JULIA C. DUDLEY, CLERK
BY: s/ C. Kemp

DEPUTY CLERK

United States of America
v.
In the Matter of the Extradition
of ROBERT KOVAČIĆ

)
)
)
)
)
)
)

Case No. 7:19mJ51

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT KOVAČIĆ
_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Bosnia-Herzegovina, which has sought his provisional arrest with a view towards
extradition, on the charges of war crimes-related sexual assault, pursuant to the treaty of
extradition between the United States, Title 18 United States Code, Section 3184.

Date: May 16, 2019

_____
Issuing officer's signature

City and state: Roanoke, VA

Robert S. Ballou, USMJ
_____
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 05/16/2019, and the person was arrested on *(date)* 05/16/2019 at *(city and state)* Roanoke VA |
| Date: 05/16/2019 |
| *Jonathan Crigger* |
| _____ Arresting officer's signature |
| J Crigger DUSM |
| _____ Printed name and title |