## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT

**Case No.: 7:19-MJ-00051**                                    **Date: 5/16/2019**

**Defendant: Robert Kovacic, custody**          **Counsel: Christine Lee, FPD**

| PRESENT: | JUDGE: | Robert S. Ballou | TIME IN COURT: 19 min |
| --- | --- | --- | --- |
| | Deputy Clerk: | K. Brown | |
| | Court Reporter: | K. Brown/FTR | |
| | U. S. Attorney: | Tony Giorno | |
| | USPO: | Mike Terry | |
| | Case Agent: | Hunter Durham | |
| | Interpreter: | Yelena Franklin (phone), sworn | |

## INITIAL APPEARANCE

☒   Initial Appearance.  Defendant(s)  advised of charges, rights and nature of proceedings.
☒   Defendant requests appointment of counsel.  CJA 23 completed; FPD appointed.
☒   Government moves for detention.
☒   Detention hearing continued to 6/3/2019 at 1:00pm.
☒   Deft. remanded to custody.

Additional Information:
4:10
Parties present and represented by counsel.
A hearing will be set at a later date addressing the issues of extradition.
Government moves for detention.  Deft requests a detention hearing.
Detention hearing set for Monday, 6/3 at 1:00pm.
Defendant remanded.
Adjourned.
4:29