FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 719MJ51

v.

Robert Kovacic

DATE: 5/16/19

TYPE OF HEARING: IA

*******************************************************************************

PARTIES:

1. Robert S. Ballou
2. Tony Giorno
3. Christine Lee, FPD
4. Robert Kovacic, dft
5.
6.
7.
8.
9.
10.

*******************************************************************************

Recorded by: K Brown, FTR

Time in Court: 19 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 4:10 | 1 | | 3 | | | | | | |
| | 4 | 4:24 | 1 | | | | | | |
| | 1 | | 3 | | | | | | |
| | 3 | | 2 | | | | | | |
| 4:13 | 1 | 4:25 | 1 | | | | | | |
| 4:18 | 1 | | 2 | | | | | | |
| | 2 | 4:26 | 3 | | | | | | |
| | 1 | | 1 | | | | | | |
| | 3 | | 3 | | | | | | |
| 4:19 | 1 | 4:28 | 1 | | | | | | |
| | 3 | | 4 | | | | | | |
| | 2 | 4:29 | 1 | | | | | | |
| 4:21 | 1 | | | | | | | | |
| | 2 | | | | | | | | |