IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| v. | : Docket No. 7:19MJ51 |
| | : |
| | : |
| ROBERT KOVACIC | : |
| _____ | : |

## NOTICE OF APPEARANCE

Erin Trodden, Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

Respectfully submitted,

Robert Kovacic
By: Counsel

Counsel:

/s/ Erin Trodden
Erin Trodden
Asst. Federal Public Defender
VSB 71515
116 N. Main St., Room 305
Harrisonburg, VA 22802
Tel (434) 220-3396
Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

/s/ Erin Trodden