# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - BOND HEARING

| | |
|---|---|
| Case No.: 7:19-MJ-00051 | Date: 6/13/2019 |

| | |
|---|---|
| **Defendant:** Robert Kovacic, custody | **Counsel:** Erin Trodden, FPD |

PRESENT:
- JUDGE: Robert S. Ballou     TIME IN COURT: 43 min
- Deputy Clerk: K. Brown
- Court Reporter: K. Brown/FTR
- U. S. Attorney: Tony Giorno
- USPO: Mike Terry
- Case Agent: Hunter Durham, DHS/ICE
- Interpreter: Yelena Franklin, sworn

### LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Rachel Travitz, sworn | 1. Richard Kovacic, sworn |

## BOND HEARING

☒ Bond hearing held.

**Additional Information:**
1:58
Parties present and represented by counsel.
Evidence. Richard Kovacic, son, sworn. Cross. No redirect. Rest. Deft has no further evidence but would move medical records into evidence as well as "A file" documents and would like to have those filed under seal. No objection from government. Deft SEALED Exhibit 1--"A file" documents, marked and admitted. Rachel Travitz, RN director of nursing at WVRJA, sworn. Redirect. No rebuttal. Rest.
Argument. Rebuttle.
This matter is taken under advisement and the Court will issue an order early next week regarding bond.
Court sets final hearing for 7/11/2019 at 11:00am.
Court addresses defendant.
Defendant remanded.
Adjourned.
2:41