FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 719MJ51

v.

Robert Kovacic

DATE: 6/13/19

TYPE OF HEARING: BND

*************************************************************************

PARTIES:

1. Robert S. Ballou
2. Tony Giorno, AUSA
3. Erin Trodden, FPD
4. Robert Kovacic, deft.
5. Richard Kovacic, sworn, son
6. Rachel Trairty, sworn, RN
7.
8.
9.
10.

*************************************************************************

Recorded by: K. Brown

Time in Court: 43 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:58 | 1 | 2:08 | 1 | | 3 | 2:41 | 1 | | |
| | 4 | | 2 | 2:26 | 1 | | | | |
| 1:59 | 1 | | 6 | | 2 | | | | |
| | 2 | | 1 | | 1 | | | | |
| | 3 | 2:11 | 3 | | 2 | | | | |
| | 1 | | 6 | | 1 | | | | |
| 2:00 | 3 | 2:13 | 1 | 2:33 | 3 | | | | |
| | 5 | | 2 | 2:36 | 1 | | | | |
| | 1 | 2:14 | 1 | | 2 | | | | |
| 2:03 | 2 | | 3 | | 3 | | | | |
| | 5 | 2:18 | 1 | 2:40 | 1 | | | | |
| | 1 | | 3 | | 3 | | | | |
| | 3 | 2:20 | 1 | | 1 | | | | |
| | 1 | | 3 | | 3 | | | | |
| | 3 | | 1 | | 2 | | | | |