# UNITED STATES DISTRICT COURT

Western     **DISTRICT OF**     Virginia

United States of America

V.

Robert Kovacic

## EXHIBIT AND WITNESS LIST

Case Number: 7:19-MJ-00051

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | Tony Giorno, AUSA | Erin Trodden, FPD |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 6/13/2019 | K. Brown/FTR | K. Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 6/13/2019 | | | Richard Kovacic, son, sworn |
| | 1 | 6/13/2019 | x | x | SEALED Exhibit 1--"A file" documents, marked and admitted |
| X | | 6/13/2019 | | | Rachel Travitz, RN Director of Nursing at WVRJA, sworn |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.